692 A.2d 46

STATE OF NEW JERSEY v. ROGER G. STEWART.

March 19, 1997.

Certification is granted, limited solely to the *Hampton* charge issue. On that issue, the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Jordan,* 147 *N.J.* 409, 688 *A.*2d 97 (1997).